# UNITED STATES DISTRICT COURT

# FOR THE WESTERN DISTRICT OF LOUISIANA

# SHREVEPORT DIVISION

| | |
|---|---|
| KENNER FITZGERALD JACKSON | CIVIL ACTION NO. 08-1304-P |
| VERSUS | JUDGE HICKS |
| WILLIE R. LEDAY | MAGISTRATE JUDGE HORNSBY |

# J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, and noting the lack of written objections filed by Petitioner and determining that the findings are correct under the applicable law;

**IT IS ORDERED** that this petition be **DISMISSED WITHOUT PREJUDICE** for failure to obtain prior authorization from the United States Court of Appeals for the Ninth Circuit as set forth under §§ 2255 and 2244.

**THUS DONE AND SIGNED**, in chambers, in Shreveport, Louisiana, on this the 27th day of April, 2009.

S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE